

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-21-00300-CV

**IN THE MATTER OF THE ESTATE OF** Van L. **CRAPPS**, Deceased

From the County Court at Law, Medina County, Texas
Trial Court No. 9498
Honorable Mark Cashion, Judge Presiding

# O R D E R

On December 2, 2022, this court requested Appellees' response to Appellant's motion for rehearing. On December 7, 2022, Appellees filed an unopposed motion for extension of time to file their response—until January 2, 2023. *See* TEX. R. APP. P. 49.9.

Appellees' motion is GRANTED. The response is due on January 2, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court